AUSA:   Katharine Hemann          Telephone:  (989) 895-5712
AO 91 (Rev. 11/11)  Criminal Complaint          Special Agent:   Scott Engelby          Telephone:  (989) 892-6525

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
    v.

Russell Mogg,

Case No.   1:26-mj-30412
            Judge: Morris, Patricia T.
            Filed: 07-13-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 26, 2025 _____ in the county of _____ Clare _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2252A(a)(2) | Receipt and Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Scott Engelby, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ July 13, 2026 _____

_____
*Judge's signature*

City and state:  Bay City, Michigan          Hon. Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST WARRANT

I, Scott Engelby, being duly sworn, do hereby state as follows:

## INTRODUCTION

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI). I am presently assigned to the FBI's Detroit Field Office, Bay City Resident Agency. I work on a variety of criminal matters including the investigation of violent crimes and crimes against children. I have received training in the area of child pornography and child exploitation and have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have been involved with investigations regarding child pornography and the exploitation of children through the internet. I have received training on the execution of search warrants to seize items of evidence from residences, communication providers, and electronic devices, such as cell phones and computers.

2.      This affidavit is being submitted for the purpose of obtaining a criminal complaint and arrest warrant for Russell Owen Mogg in violation of 18 U.S.C. § 2252A(a)(2) distribution of child pornography and receipt of child pornography.

3.      The information set forth in this affidavit was obtained during the course of my employment with the FBI, through personal observation, statements of witness, information supplied by other local and federal law enforcement officers

and through other investigative activity. The information in this affidavit is included for the limited purpose of showing probable cause and this affidavit does not contain all the information related to this investigation.

## **PROBABLE CAUSE**

4.     During a separate FBI investigation pertaining to a crimes against children matter, a federal search warrant was obtained for the KIK account "anonyptwn".  The account "anonyptwn" was later identified as belonging to Cody Peterson, (hereafter referred to as Peterson). The contents of Peterson's KIK account revealed a chat conversation occurring between July 18, 2025, and August 29, 2025, with the username, "thatonezephyr".

5.     The account "thatonezephyr" (herein after referred to as Mogg) showed the Google email techangelsmi@gmail.com to be associated with it. Google identified Mogg as the user of the techangelsmi@gmail.com account with a recovery email of russ.mogg92@gmail.com. Kik provided IP addresses 174.224.55.118 and 174.239.139.179 as being used by the "thatonezephyr" account. Verizon was the provider for those IP addresses and showed 8613 N Coldwater Road Lake, MI 48632 as the service address. The 8613 N Coldwater Road residence belongs to Mogg's wife's parents. Open and law enforcement sources show Mogg to currently reside at that address.  Within that chat conversation Mogg received and distributed CSAM to Peterson. Some of the CSAM received and distributed are described below:

**Sent by Peterson to Mogg on August 26, 2025:**

File name: 4df8d4ab-07f5-4297-bbdb-c4f9cca22e8db.jpeg

Description: Image of a naked prepubescent female penetrating her anus with a hair brush.

**Sent by Peterson on August 29, 2025:**

File name: 5b13bea9-6f0c-4180-9c74-aa9b113b9759.jpeg

Description: Image a prepubescent female naked from the waist down exposing her vagina and anus.

**Sent by Mogg to Peterson on August 26, 2025**

Mogg sent the website link https://videy.co[1]...............

Description: The link directs you to a videy webpage which plays a video of a prepubescent female digitally penetrating her vagina as well as using a foreign object to penetrate her vagina.

**Sent by Mogg on August 26, 2025:**

Mogg sent the website link https://videy.co...............

Description: The link directs you to a videy webpage which plays a video of a prepubescent female digitally penetrating her vagina as well as using a foreign object to penetrate her vagina.

The images and videos previously described are consistent with the federal definition of child pornography, as defined under 18 USC § 2256(8).

6.  During a chat conversation on August 26, 2025, Mogg admits to having previously sexually assaulted an eight-year-old minor, (MV1). In the chat

---

[1] Portions of the videy webpage links have been redacted to prevent access to child pornography

conversation, Mogg explains he had access to MV1 from a prior romantic relationship and would sexually assault MV1 while they took showers. Mogg stated he sexually assaulted MV1 on multiple occasions.

## **CONCLUSION**

7.      Based upon the above information, I respectfully submit that there is probable cause to believe that Russell Owen Mogg has violated 18 U.S.C. § 2252A(a)(2) receipt and distribution of child pornography.

Scott Arron Engelby
Special Agent

Sworn and subscribed before me and/or by reliable electronic means on this

__13th__ day of ____July____, 2026.

Hon. Patricia T. Morris
UNITED STATES MAGISTRATE JUDGE